BRYANT, CASE-CLOSED

**U.S. District Court**
**Middle District of Tennessee (Nashville)**
**CIVIL DOCKET FOR CASE #: 3:07-cv-00643**
**Internal Use Only**

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By: Deputy Clerk

Burleson et al v C R. Bard, Inc. et al
Assigned to: District Judge William J. Haynes, Jr
Demand: $300,000
Cause: 28:1446 Notice of Removal- Personal Injury

Date Filed: 06/14/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj Prod Liability
Jurisdiction: Federal Question

**Plaintiff**

**Martha Burleson** represented by **Donald D. Zuccarello**
Law Office of Donald D. Zuccarello
3209 West End Avenue
Nashville, TN 37203
(615) 259-8100
Email: dzuccarello@ddzlaw com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerome Burleson** represented by **Donald D. Zuccarello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V

**Defendant**

**C. R. Bard, Inc.** represented by **Andrew L. Colocotronis**
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
900 South Gay Street
2200 Riverview Tower
Knoxville, TN 37902
(865) 549-7000
Email: acolocotronis@bakerdonelson com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Loney Stevens**
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
P O Box 1792
Knoxville, TN 37901-1792
(865) 549-7000
Fax: (865) 525-8569
Email: mstevens@bakerdonelson com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Davol, Inc.** represented by **Andrew L. Colocotronis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Loney Stevens**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2007 | 1 | NOTICE OF REMOVAL by C R. Bard, Inc., Davol, Inc from Circuit Court for Williamson County, Tennessee, Case number 07295 (Attachments: # 1 Exhibit A# including original complaint (2) Exhibit B)(ab, ) (Entered: 06/15/2007) |
| 06/14/2007 | 2 | NOTICE from USDC Clerk regarding Corporate Disclosure statement requirement (ab, ) (Entered: 06/15/2007) |
| 06/14/2007 | 3 | CORPORATE DISCLOSURE STATEMENT filed by C R Bard, Inc , Davol, Inc (ab, ) (Entered: 06/15/2007) |
| 06/14/2007 | 4 | NOTICE of Case Management Conference set for 8/13/2007 at 02:00 PM in Courtroom A859 before District Judge William J Haynes Jr (ab ) (Entered: 06/15/2007) |
| 06/21/2007 | 5 | ANSWER to Complaint (Notice of Removal) by C R Bard, Inc , Davol, Inc (Colocotronis, Andrew) (Entered: 06/21/2007) |
| 08/09/2007 | 6 | NOTICE by Martha Burleson, Jerome Burleson *Notice of Conditional Transfer* (Attachments: # 1 Exhibit Transfer Order)(Zuccarello, Donald) (Entered: 08/09/2007) |
| 08/09/2007 | 7 | COPY OF CONDITIONAL TRANSFER ORDER (CTO 1) rec'd this date from the MDL Judicial Panel transferring this case to the District of Rhode Island This order is not effective until it is filed in the office of the Clerk of the Court for the District of Rhode Island and a certified copy received by this court (aef ) (Entered: 08/10/2007) |
| 08/10/2007 | 8 | ORDER: Pursuant to the Conditional Transfer of the Judicial Panel on Multidistrict Litigation in In re Kugel Mesh Hernia Patch Products Liability Litigation, MDL-1842, the Clerk of this Court is directed to administratively close this action and upon receipt of the Final Transfer Order of the Judicial Panel on Multidistrict Litigation, the Clerk of this Court shall transfer the files in this action to the U.S D C for the District of Rhode Island for coordinated or consolidated pretrial proceedings. If the Judicial Panel on Multidistrict Litigation does not enter a final transfer order in this action, then either party may move to reopen this action Signed by Judge William J Haynes Jr on 8/10/07 (dt) (Entered: 08/10/2007) |
| 08/13/2007 | 9 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO 1) rec'd this date from the District of Rhode Island The case is ready for transfer (aef, ) (Entered: 08/13/2007) |