**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| MARTHA BURLESON and JEROME BURLESON, | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No.: ____________ |
| v. | ) | |
| C.R. BARD, INC. and DAVOL, INC., | ) | |
| Defendants. | ) | |

**NOTICE OF REMOVAL**

Defendants C.R. Bard, Inc. and Davol, Inc. ("Defendants"), by their undersigned counsel, hereby remove the above-captioned matter from the Circuit Court forWilliamson County, Tennessee, to the United States District Court for the Middle District of Tennessee, Nashville Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support of removal, Defendants respectfully state:

1. Plaintiffs filed this action in the Circuit Court for Williamson County, Tennessee, on May 9, 2007. Defendant C.R. Bard, Inc. was served on May 18, 2007 and Defendant Davol, Inc. was served on May 21, 2007.

2. As more fully set forth below, this case is properly removed to this Court because Defendants have satisfied the procedural requirements for removal pursuant to 28 U.S.C. § 1446, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1332 and 1441(a).

**<u>Defendants Have Satisfied The Procedural Requirements For Removal.</u>**

3. <u>Removal is timely</u>. Defendant C.R. Bard, Inc. was served with a copy of the Complaint on May 18, 2007 and Defendant Davol, Inc. was served with a copy of the Complaint on May 21, 2007. *See* Att. A (copy of all process, pleadings, and orders served upon Defendants, including the summons and complaint). This Notice of Removal is being filed within 30 days of the first date on which Defendant C.R, Bard, Inc. received a copy of the Complaint through service, and so it is timely pursuant to 28 U.S.C. § 1446(b).

4. <u>Venue is proper</u>. The Circuit Court for Williamson County, Tennessee is located within the Middle District of Tennessee, Nashville Division, and therefore venue is proper in this Court pursuant to 28 U.S.C. § 123(b)(1) because it is "the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a); *see* 28 U.S.C. § 123(b).

5. No further proceedings have been had in the state court action.

6. No previous application has been made for the relief requested herein.

7. A copy of the written notice required by 28 U.S.C. § 1446(d) is attached as Att. B and is being filed in the Circuit Court for Davidson County, Tennessee, and served on Plaintiffs.

**<u>Removal Is Proper In This Case.</u>**

8. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because this is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000.00, exclusive of costs and interest.

**Complete Diversity Exists Between Plaintiffs and Defendants.**

9. The Complaint states that the Plaintiffs "are citizens and residents of Hickman County residing at 5350 J.D. Burleson Lane, Centerville, Tennessee." (Compl. ¶ 1.)

10. Davol, Inc. and C.R. Bard, Inc. are, and have been at all relevant times, corporations incorporated under the law of the States of Delaware and New Jersey, respectively (*see* Compl. ¶ 2 ("Defendants . . . are foreign corporations . . . .")), with their principal places of business in Rhode Island and New Jersey, respectively. For purposes of determining jurisdiction pursuant to 28 U.S.C § 1332(c)(1), Defendants are not citizens of the state of Tennessee.

**The Amount-In-Controversy Requirement Is Satisfied.**

11. Plaintiffs seek $300,000.00 in damages from Defendants. (*See* Compl. ¶ 11(d).)

WHEREFORE, Defendants respectfully remove this action from the Circuit Court for Williamson County, Tennessee, to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Dated: June 14th, 2007

Respectfully submitted,

Melissa Loney Stevens (BPR No. 023036)
Andrew Colocotronis (BPR No. 017052)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
2200 Riverview Tower
900 South Gay Street
PO Box 1792
Knoxville, TN 37902
(865) 549-7000
(865) 525-8569 (fax)

*ATTORNEYS FOR DEFENDANTS*
*DAVOL, INC. AND C.R. BARD, INC.*

Of Counsel:

Kirby T. Griffis
Dana Alan Gausepohl
Michael L. Junk
SPRIGGS & HOLLINGSWORTH
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing **Notice of Removal** has been served upon the following counsel for parties in interest herein by delivering same to the offices of said counsel, or by mailing same to the offices of said counsel by United States Mail with sufficient postage thereon to carry the same to its destination.

Donald D. Zuccarello, Esq.
3209 West End Ave.
Nashville, TN 37203

This 14th day of June, 2007.

Attorney



K DEP 201051 v1
2905802-000004 6/13/2007