**IN THE CIRCUIT COURT FOR WILLIAMSON COUNTY**
**TENNESSEE AT FRANKLIN**
**21st JUDICIAL DISTRICT**

FILED
MAY 0 9 2007
Debbie McMillan Barrett
Circuit Court

| | | |
|---|---|---|
| **MARTHA BURLESON and JEROME BURLESON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | 07295 |
| | ) | **DOCKET #**07295 |
| **v.** | ) | **JURY DEMAND (12)** |
| | ) | |
| | ) | |
| **C.R. BARD INC., and DAVOL, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**COMPLAINT**

---

Come now the Plaintiffs, Martha Burleson and Jerome Burleson, by and through their undersigned counsel, Donald D. Zuccarello, and bring suit against Defendants C.R. Bard Inc., and Davol, Inc., and state as follows:

1. The Plaintiffs Martha Burleson and Jerome Burleson (hereinafter "Plaintiffs"), are citizens and residents of Hickman County residing at 5350 J.D. Burleson Lane, Centerville, TN 37033.

2. The Defendants C.R. Bard, Inc., and Davol Inc., are foreign corporations, (hereinafter "Defendants"), who manufacture medical products that through the stream of commerce are purchased and used by physicians and hospitals in Franklin, Williamson County, TN.

3. The Defendants designed, fabricated, produced, manufactured, assembled, marketed, and introduced into the stream of commerce the Composix® Kugel Hernia Patch

Att. A

which was used at Williamson County Medical Center in Franklin, Williamson County, Tennessee on or about November 30, 2005. The Composix® Kugel Hernia Patch was defective and unreasonably dangerous beyond that which would be contemplated by the ordinary consumer, and caused dangerous and unsafe risk to the Plaintiff.

4. On or about November 30, 2005, at Williamson County Medical Center in Franklin, Williamson County, Tennessee, the Plaintiff, Martha Burleson underwent surgical repair of an incisional hernia. The Plaintiff underwent the hernia repair with Dr. Henry Russell implanting the Bard Composix® Kugel Hernia Patch. The Bard Composix® Kugel Hernia Patch which is the subject of a FDA Class I recall, was used to repair the Plaintiff's hernia. The Bard Composix® Kugel Hernia Patch was defective and unreasonably dangerous.

5. At said date and time, the Defendants were strictly liable to the Plaintiff Martha Burleson for manufacturing, constructing, designing, assembling, testing, producing, selling and distributing an unreasonably dangerous and defective product pursuant to Tenn.Code.Ann §29-28-101 et seq., which proximately caused personal injuries to the Plaintiff.

6. The Defendants were negligent in this matter because they: (a) failed to produce, manufacture, construct, design, assemble, distribute and sell a medical product that was safe and durable for its intended use; (b) failed to adequately notify and warn persons of the unreasonably dangerous and defective condition of the Bard Composix® Kugel Hernia Patch; (c) failed to adequately inspect and test the Bard Composix® Kugel Hernia Patch to determine that it was safe and not defective and unreasonably dangerous for long-term use; (d) failed to warn physicians, hospitals, and patients of the dangers of the Bard Composix® Kugel Hernia Patch's defective and unreasonably dangerous condition; (e) failed to adequately warn physicians, hospitals, and patients of the potential hazards of the medical device.; and, (f) failed to exercise due and reasonable care.

7. The negligent acts and/or omissions of the Defendants as set forth herein are the proximate cause of the Plaintiffs' injuries and damages.

8. The Defendants are also liable to the Plaintiff Martha Burleson for breaching an implied warranty of fitness merchantability of the product that it designed, manufactured, produced, distributed, and sold. The Defendants are also liable for breach of or failure to discharge a duty to warn and/or instruct the Plaintiff of the dangerous and defective condition of the product.

9. At said date and time, the Defendants are liable for the Plaintiff Martha Burleson's injuries due to the negligent acts and/or omissions of the Defendants as set forth herein and due to the Defendants' culpable acts and/or omissions under strict liability, breach of warranty and products liability which were the proximate cause of the Plaintiff's injuries and damages as set forth by common law and statutory law.

10. As a proximate result of the Defendants' culpable acts and/or omissions as set forth herein, the Plaintiff Martha Burleson has sustained past, present and future medical expenses, pain and suffering, lost wages, loss of earning capacity, emotional distress, loss of the enjoyment of life, and permanent damages for all of which she deserves to be compensated.

11. As a result of the Defendants' negligence, Plaintiff Jerome Burleson has suffered a loss of consortium of his wife, Plaintiff Martha Burleson, for which he is entitled to compensation.

Wherefore Plaintiffs prays:

(a) for service of process on Defendants;

(b) for the Defendants to file an Answer;

(c) for a jury of twelve to determine all triable issues;

(d) for an award of damages in favor of the Plaintiff Martha Burleson and Jerome Burleson, and against the Defendants in an amount of $300,000.00;

(e) for court cost and discretionary costs to be taxed to the Defendants; and

(f) for general relief.

Respectfully submitted,

LAW OFFICE OF DONALD D. ZUCCARELLO

**Donald D. Zuccarello, [BPR # 15092]**
3209 West End Avenue
Nashville, TN 37203
(615) 259-8100
(615) 259-8108

Attorney for the Plaintiffs

**COST BOND**

I, Donald D. Zuccarello, am surety for this cause.

Donald D. Zuccarello

UNITED STATES POSTAL SERVICE

DVD P&DC
KEARNY NJ 070
18 MAY 2007 PM 6 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

TENNESSEE SECRETARY OF STATE
SUMMON SECTION
312 EIGHTH AVE. N.
6th FL. WM. R. SNODGRASS TWR.
NASHVILLE, TN 37243

**2. Article Number**

7114 5464 3550 0097 2018

1. Article Addressed to:

C.R. BARD INC
JUDITH A. REINSDORS-RA
730 CENTRAL AVENUE
MURRY HILL, NJ 07974
5/14/2007 1:10 PM

**[CO]MPLETE THIS SECTION ON DELIVERY**

A. Signature
X Anthony Franklin ☒ Agent ☐ Addressee

B. Received by (Printed Name): A. FRANKLIN

C. Date of Delivery: 5/18/07

D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below: ☐ No

3. Service Type ☒ Certified

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

Code: PDK
Code2: 5/15/2007

PS Form 3811

Domestic Return Receipt

RECEIVED
MAY 24 2007
CIRCUIT COURT

State of Tennessee

## Department of State

Division of Business Services
312 Eighth Avenue North
6th Floor Wm. R. Snodgrass Tower
Nashville, Tennessee 37243

Case Number: 07295

5/23/2007
Date

7114 5464 3550 0097 2018
Certifed Number

HON. DEBBIE MCMILLAN BARRETT
WILLIAMSON COUNTY-CIRCUIT COURT
P O BOX 682247
FRANKLIN, TN 37068

RE: MARTHA BURLESON AND JEROME BURLESON

VS: C.R. BARD INC., AND DAVOL INC.

Dear Clerk:

Enclosed are the following papers in the above styled case:

- [x] Original Summons
- [x] Affidavit and Endorsement
- [x] Registered or Certified Return Receipt signed by:

A. FRANKLIN 5/18/07

- [ ] Registered or Certified letter returned undelivered with notation:

Sincerely:

Riley C. Darnell

Riley C. Darnell

enclosures

Initials: PDK
CC: DONALD D. ZURRARELLO

SS-4210 (Rev. 12/96) RDA No. 1003

RECEIVED
MAY 24 2007
CIRCUIT COURT

AFFIDAVIT
and
ENDORSEMENT

5/23/2007
Date

Case Number: 07295

7114 5464 3550 0097 2018
Certified Number

RE: MARTHA BURLESON AND JEROME BURLESON

VS: C.R. BARD INC., AND DAVOL INC.

I **MAYME R. BROWN** , having been duly authorized by Riley C. Darnell, Secretary of State of Tennessee, do hereby make oath on his behalf and under authorization as follows: That on Friday, May 11, 2007 , I received from the plaintiff the original and certified copies of the Summons and Complaints issued against the defendant:

**JUDITH A. REINSDORS-RA**
**C.R. BARD INC**

whose address is:
730 CENTRAL AVENUE, MURRY HILL, NJ 07974

and that on Tuesday, May 15, 2007 , I mailed by registered or certified return-receipt mail the certified copies of the Summons and Complaint to the defendant at the above address together with written notice that service was so made. I further make oath that the return receipt for the registered or certified letter was received at my office in Nashville, Tennessee, on

**Wednesday, May 23, 2007** , and returned to WILLIAMSON COUNTY-CIRCUIT COURT of FRANKLIN , Tennessee on **Wednesday, May 23, 2007** .

Riley C. Darnell
Riley C. Darnell
Secretary of State
by Mayme R. Brown

Subscribed and sworn to before me,
this 23rd day of MAY , 2007

NOTARY PUBLIC
My commission expires 1-4-2010

KIM FORD STATE OF TENNESSEE NOTARY PUBLIC CHEATHAM COUNTY, TN

SS-4201 (Rev. 2/90)

STATE OF TENNESSEE 21ST JUDICIAL DISTRICT
WILLIAMSON COUNTY, FRANKLIN, TENNESSEE 37064
CIRCUIT COURT

RETURN
TO CIRCUIT COURT

MARTHA BURLESON AND JEROME BURLESON

PLAINTIFF

VERSUS

CIVIL ACTION NO. 07295

C.R. BARD INC., and DAVOL, INC.,

DEFENDANT

## SUMMONS

To the above named Defendant: C.R. BARD INC.
by and through Registered Agent
Judith A. Reinsdors
730 Cebtral Avenue, Murray Hill, New Jersey 07974

You are summoned to appear and defend a civil action (Complaint of Divorce) filed against you in Circuit Court, Williamson County, Tennessee, and your defense must be made within thirty (30) days from the date this summons is served upon you. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney at the address listed below:

ATTORNEY FOR PLAINTIFF Donald D. Zuccarello Phone No. 615-259-8100
3209 West End Avenue
NAshville, TN 37203

In case of your failure to defend this action by the above date, judgment by default will be rendered against you for the relief demanded in the complaint.

ISSUED: May 9, 2007

DEBBIE McMILLAN BARRETT
Circuit Court Clerk, Williamson County

By: Anne Riden DC
Deputy Clerk

TO THE SHERIFF:

Please execute this summons and make your return hereon as provided by law.

DEBBIE McMILLAN BARRETT
Circuit Court Clerk, Williamson County

Received this summons for service this ______ day of ______________, 20___.

______________________
SHERIFF

RETURN ON PERSONAL SERVICE OF SUMMONS

Case No. ____________________

I hereby certify and return, that on the __________ day of ____________________, 20__, I served this summons together with the complaint herein as follows: ________________________________________________

________________________________________________

________________________________________________

________________________
SHERIFF
BY:

I failed to serve this summons within 30 days after its issuance because: ________________________________

________________________________________________

________________________
Sheriff

RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return, that on the __________ day of ____________________, 20___ I sent, postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in Case No. __________ to the defendant, ______________________________. On the __________ day of ____________________, 20___ I received the return receipt for said registered or certified mail, which had been signed by ______________________________ on the __________ day of ____________________, 20___. Said return receipt is attached to this original summons and both documents are being sent herewith to the Circuit Court Clerk for filing.

SWORN TO AND SUBSCRIBED BEFORE ME ON
THIS ________ DAY OF ______________, 20___.

________________________________
PLAINTIFF, PLAINTIFF'S ATTORNEY OR OTHER PERSON AUTHORIZED BY STATUTE TO SERVE PROCESS

________________________________
_____ NOTARY PUBLIC or ______ DEPUTY CLERK

MY COMMISSION EXPIRES: ____________________

TO THE DEFENDANT(S):

Tennessee law provides a four thousand dollar ($4,000.00) Personal Property exemption from execution or seizure to satisfy a judgement. If a judgement should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; However, unless it is filed before the judgement becomes final, it will not be effective as to any execution of garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items or necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Pursuant to section T.C.A. 26-518-523.

ATTACH RETURN
RECEIPT HERE

(IF APPLICABLE)

STATE OF TENNESSEE
COUNTY OF WILLIAMSON

(To be completed only if copy certification required).

I, **DEBBIE McMILLAN BARRETT,** Clerk of the Circuit Court in the State and County aforesaid, do hereby certify this to be a true and correct copy of the original summons issued in this case.

DEBBIE McMILLAN BARRETT, CLERK

By: ______________________________ D.C.

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

TENNESSEE SECRETARY OF STATE
SUMMON SECTION
312 EIGHTH AVE. N.
6th FL. WM. R. SNODGRASS TWR.
NASHVILLE, TN 37243

**2. Article Number**

7114 5464 3550 0097 2049

1. Article Addressed to:

DAVOL INC.
CT CORP SYSTEM-RA
10 WEYBOSSET STREET
PROVIDENCE, RI 02903
5/14/2007 1:10 PM

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery
5/18

D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below: ☐ No

3. Service Type ☒ **Certified**

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

Code: PDK
Code2: 5/15/2007

PS Form 3811 **Domestic Return Receipt**

07295

State of Tennessee

**Department of State**

Division of Business Services
312 Eighth Avenue North
6th Floor Wm. R. Snodgrass Tower
Nashville, Tennessee 37243

RECEIVED
MAY 23 2007
CIRCUIT COURT

Case Number: 07295

5/21/2007
Date

7114 5464 3550 0097 2049
Certifed Number

HON. DEBBIE MCMILLAN BARRETT
WILLIAMSON COUNTY-CIRCUIT COURT
P O BOX 682247
FRANKLIN, TN 37068

RE: MARTHA BURLESON AND JEROME BURLESON

VS: C.R. BARD INC., AND DAVOL INC.

Dear Clerk:

Enclosed are the following papers in the above styled case:

- [x] Original Summons
- [x] Affidavit and Endorsement
- [x] Registered or Certified Return Receipt signed by:

SEE ENCLOSED CARD

- [ ] Registered or Certified letter returned undelivered with notation:

Sincerely:

Riley C. Darnell

Riley C. Darnell

enclosures

Initials: ADG
CC:

SS-4210 (Rev. 12/96) RDA No. 1003

AFFIDAVIT
and
ENDORSEMENT

5/21/2007
Date

Case Number: 07295

7114 5464 3550 0097 2049
Certified Number

RE: MARTHA BURLESON AND JEROME BURLESON

VS: C.R. BARD INC., AND DAVOL INC.

I **MAYME R. BROWN** , having been duly authorized by Riley C. Darnell, Secretary of State of Tennessee, do hereby make oath on his behalf and under authorization as follows: That on Friday, May 11, 2007, I received from the plaintiff the original and certified copies of the Summons and Complaints issued against the defendant:

**CT CORP SYSTEM-RA**
**DAVOL INC.**

whose address is:
10 WEYBOSSET STREET, PROVIDENCE, RI 02903

and that on Tuesday, May 15, 2007, I mailed by registered or certified return-receipt mail the certified copies of the Summons and Complaint to the defendant at the above address together with written notice that service was so made. I further make oath that the return receipt for the registered or certified letter was received at my office in Nashville, Tennessee, on **Monday, May 21, 2007**, and returned to WILLIAMSON COUNTY-CIRCUIT COURT of FRANKLIN, Tennessee on **Monday, May 21, 2007**.

Riley C Darnell

Riley C. Darnell
Secretary of State

by Mayme R. Brown

Subscribed and sworn to before me,

this 21st day of MAY, 2007

Darlene Lawrence

NOTARY PUBLIC

My commission expires 9-19-2009

DARLENE LAWRENCE STATE OF TENNESSEE NOTARY PUBLIC DAVIDSON COUNTY, TN

SS-4201 (Rev. 2/90)

STATE OF TENNESSEE 21ST JUDICIAL DISTRICT
WILLIAMSON COUNTY, FRANKLIN, TENNESSEE 37064
CIRCUIT COURT

RETURN TO CIRCUIT COURT

MARTHA BURLESON AND JEROME BURLESON
PLAINTIFF

VERSUS

CIVIL ACTION NO. 07295

C.R. BARD INC., AND DAVOL INC.
DEFENDANT

## SUMMONS

To the above named Defendant: DAVOL INC.,
By and Through Registered Agent
CT. Corporation System
10 Weybosset Street
Providence, RI 02903

You are summoned to appear and defend a civil action (Complaint of Divorce) filed against you in Circuit Court, Williamson County, Tennessee, and your defense must be made within thirty (30) days from the date this summons is served upon you. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney at the address listed below:

ATTORNEY FOR PLAINTIFF Donald D. Zuccarello, Esq. Phone No. 615-259-8100
3209 West End Avenue
NAshville, TN 37203

In case of your failure to defend this action by the above date, judgment by default will be rendered against you for the relief demanded in the complaint.

ISSUED: May 9, 2007

DEBBIE McMILLAN BARRETT
Circuit Court Clerk, Williamson County

By: Anne Ridenour
Deputy Clerk

TO THE SHERIFF:

Please execute this summons and make your return hereon as provided by law.

DEBBIE McMILLAN BARRETT
Circuit Court Clerk, Williamson County

Received this summons for service this ________ day of ________________, 20____.

________________________
SHERIFF

RETURN ON PERSONAL SERVICE OF SUMMONS

Case No. ____________________

I hereby certify and return, that on the ________ day of ____________________, 20__, I served this summons together with the complaint herein as follows: ______________________________________________

______________________________________________

______________________________________________

______________________________
SHERIFF
BY:

I failed to serve this summons within 30 days after its issuance because: ______________________________

______________________________________________

______________________________
Sheriff

RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return, that on the ________ day of ____________________, 20___ I sent, postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in Case No. ________ to the defendant, ______________________. On the ________ day of ________________, 20___ I received the return receipt for said registered or certified mail, which had been signed by ____________________ on the ________ day of ____________________, 20___. Said return receipt is attached to this original summons and both documents are being sent herewith to the Circuit Court Clerk for filing.

SWORN TO AND SUBSCRIBED BEFORE ME ON
THIS ________ DAY OF ______________, 20___.

______________________________
PLAINTIFF, PLAINTIFF'S ATTORNEY OR OTHER PERSON AUTHORIZED BY STATUTE TO SERVE PROCESS

______________________________
_____ NOTARY PUBLIC or _______ DEPUTY CLERK

MY COMMISSION EXPIRES: ____________________

TO THE DEFENDANT(S):

Tennessee law provides a four thousand dollar ($4,000.00) Personal Property exemption from execution or seizure to satisfy a judgement. If a judgement should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; However, unless it is filed before the judgement becomes final, it will not be effective as to any execution of garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items or necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Pursuant to section T.C.A. 26-518-523.

ATTACH RETURN
RECEIPT HERE

(IF APPLICABLE)

STATE OF TENNESSEE
COUNTY OF WILLIAMSON

(To be completed only if copy certification required).

I, **DEBBIE McMILLAN BARRETT**, Clerk of the Circuit Court in the State and County aforesaid, do hereby certify this to be a true and correct copy of the original summons issued in this case.

DEBBIE McMILLAN BARRETT, CLERK

By: ______________________________ D.C.

CIVIL DIVISION

If payment is made by check, this receipt is not valid until check has been honored by the bank on which it is drawn.

RECEIPT NO. 156272

**WILLIAMSON COUNTY CIRCUIT COURT**
DEBBIE McMILLAN BARRETT, CLERK
305 PUBLIC SQUARE
COURTHOUSE, ROOM 107
FRANKLIN, TENNESSEE 37064

AW 05/10/07 AMT TENDERED: 265.50 CHECK 2156272
MARTHA BURLESON vs. C.R. BARD INC., ET AL
DOCKET #: 02-07295 BALANCE DUE: 0.00
RCVD OF: DONALD D. ZUCCARELLO, ATTY **TOTAL RECEIPTED =====> 265.50**

| | |
|---|---|
| COUNTY TAX | 4.75 |
| LITIGATION TAX | 13.75 |
| CLERK FEES | 223.00 |
| COUNTY LIBRARY TAX | 2.00 |
| CO LOCAL PRIVILEGE TAX | 10.00 |
| CLERK DATA PROCESS FEE | 2.00 |
| STATE CIVIL INDIGENT F | 10.00 |

SECRETARY OF STATE
312 8TH AVENUE, N.
7TH FL. TN TOWER
NASHVILLE TN 37243
615-741-0532

# Invoice / Receipt

| | |
|---|---|
| Invoice | 069673 |
| Date | 5/11/2007 |
| Page | 1 |

**Bill To:**

DONALD D ZUCCARELLO ATTORNEY
3209 WEST END AVE
NASHVILLE TN 37203

| Purchase Order No. | Customer ID | | | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| | 1000000212 | | | | 5/11/2007 | 70,538 |

| Qty | | | Item Number | Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 1 | | | SUM500 | Summons<br>07295 MARTHA BURLESON ETAL VS CR BARD INC ETAL | $20.00 | $20.00 |

FOR FURTHER INFORMATION, PLEASE CALL 615-741-1799

Check Number **34677**

| | |
|---|---|
| Subtotal | $20.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Total | $20.00 |
| Payment Rec'd | $20.00 |
| Amt Remaining | **$0.00** |