**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| MARTHA BURLESON and JEROME BURLESON, | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No.: ____________ |
| v. | ) | |
| C.R. BARD, INC. and DAVOL, INC., | ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

C.R. Bard, Inc. and Davol Inc., pursuant to Fed. R. Civ. Proc. 7.1, hereby files this Corporate Disclosure Statement, and states as follows:

C.R. Bard, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

Dated: June 14th, 2007

Respectfully submitted,

Melissa Loney Stevens (BPR No. 023036)
Andrew Colocotronis (BPR No. 017052)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
2200 Riverview Tower
900 South Gay Street
PO Box 1792
Knoxville, TN 37902
(865) 549-7000
(865) 525-8569 (fax)

K DEP 201054 v1
2905802-000004 6/13/2007

*ATTORNEYS FOR DEFENDANTS*
*DAVOL, INC. AND C.R. BARD, INC.*

Of Counsel:

Kirby T. Griffis
Dana Alan Gausepohl
Michael L. Junk
SPRIGGS & HOLLINGSWORTH
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing **Corporate Disclosure Statement** has been served upon the following counsel for parties in interest herein by delivering same to the offices of said counsel, or by mailing same to the offices of said counsel by United States Mail with sufficient postage thereon to carry the same to its destination.

Donald D. Zuccarello, Esq.
3209 West End Ave.
Nashville, TN 37203

This 14th day of June, 2007.

Attorney



K DEP 201054 v1
2905802-000004 6/13/2007